# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MELVIN CRAWFORD,

    Plaintiff,

vs.                                           Case No. 4:11cv233-MP/WCS

CHRIS HILL, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

    This cause is before me upon referral from the Clerk. In an order filed December 28, 2011, Plaintiff was directed to file a second amended complaint by January 30, 2012. Plaintiff was specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order. Doc. 19. On January 10, 2012, Plaintiff's copy of that order was returned to the Clerk undelivered. Doc. 20. A check with the Leon County Jail revealed that the Plaintiff posted bond on January 6, 2012, and is no longer in custody. No forwarding address was provided by the Jail. To date, . To date, Plaintiff has not notified the court of a new address.

It is Plaintiff's responsibility to prosecute his own lawsuit and to keep this court apprised of his current address.  Since he has not notified this court of any change of address, this case should be dismissed for want of prosecution.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Since in all likelihood Plaintiff will not receive this Report and Recommendation, this complaint should now be dismissed without prejudice.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on February 13, 2012.

> s/ William C. Sherrill, Jr.
> **WILLIAM C. SHERRILL, JR.**
> **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**