**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

MELVIN CRAWFORD,

    Plaintiff,

v.                                                                                          CASE NO. 4:11cv233-MP-WCS

CHRIS HILL, et al.,

    Defendants.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 14, 2012. (Doc. 21). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED without prejudice.

**DONE and ORDERED** this 18th day of March, 2012.

                            *s/ M. Casey Rodgers*
                            **M. CASEY RODGERS
                            CHIEF UNITED STATES DISTRICT JUDGE**